THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY C. COOPER and MARY TOSTI, Appellants.

Argued April 10, 1945; decided May 17, 1945.

*George Morton Levy* for appellants.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Alan J. Elliot* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.